**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

HTLF BANK,

      Plaintiff,

v.                                         Case No. 24-CV-00035-KG-KRS

GERALD P. PETERS, III, INDIVIDUALLY,
AND AS TRUSTEE OF THE KATHLEEN
K. PETERS AND GERALD P. PETERS, III,
REVOCABLE TRUST UTA DTD SEPTEMBER
29, 2008, KATHLEEN K. PETERS, and THE
PETERS CORPORATION,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR
## WITHDRAWAL AND SUBSITUTION OF COUNSEL

THIS MATTER comes before the Court on Dickinson Wright PLLC and Moses, Farmer, Glenn, Gutierrez & Werntz, P.C.'s Unopposed Motion for Withdrawal and Substitution of Counsel, and this Court, having considered the Motion, FINDS THAT the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Dickinson Wright PLLC is withdrawn as counsel for Plaintiff HTLF, and Moses, Farmer, Glenn, Gutierrez & Werntz, P.C. now represents Plaintiff HTLF.

                                   _____
                                   KEVIN R. SWEAZEA
                                   UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

**DICKINSON WRIGHT PLLC**

By*/s/ approved electronically on September 5, 2024*
    Mark C. Walker
221 North Kansas Street, Suite 2000
El Paso, TX 79901
915-541-9319
mwalker@dickinsonwright.com

**MOSES, FARMER, GLENN, GUTIERREZ
    & WERNTZ, P.C.**

By*/s/ Kam Culbreth*
    Alicia L. Gutierrez
    Kenneth M. "Kam" Culbreth III
P.O. Box 30087
Albuquerque NM 87190
(505) 843-9440
alicia@moseslaw.com
kam@moseslaw.com

**Approved by:**

**SPENCER FANE LLP**

By: */s/ approved electronically on September 6, 2024*
    Daniel Bryan Goldberg
    Suzanne C. Odom
325 Paseo de Peralta
Santa Fe, NM 87501
505-982-3873
Email: dgoldberg@spencerfane.com
Email: scodom@spencerfane.com