**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

HTLF BANK,

     Plaintiff,

v.                                      Case No. 24-CV-00035-KG-KRS

GERALD P. PETERS, III, INDIVIDUALLY,
AND AS TRUSTEE OF THE KATHLEEEN
K. PETERS AND GERALD P. PETERS, III
REVOCABLE TRUST UTA DTD SEPTEMBER
29, 2008, KATHLEEN K. PETERS, and THE
PETERS CORPORATION,

     Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court by stipulation of all parties by and through their respective counsel of record and the Court having considered the stipulation of the parties and being otherwise being fully advised in the premises, **HEREBY FINDS** that this matter shall be dismissed without prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED t**hat all matters filed herein together with all claims that have been asserted or could have been asserted herein by any party, are hereby dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

MOSES, FARMER, GLENN, GUTIERREZ
      & WERNTZ, P.C.

By: */s/ Alicia L. Gutierrez*
      Alicia L. Gutierrez
      Kenneth M. Culbreth
Attorneys for Plaintiff
PO Box 30087
Albuquerque, NM  87190
(505) 843-9440
alicia@moseslaw.com
kam@moseslaw.com


SPENCER FANE LLP

By: */s/email approval on 9/9/24*
      Suzanne C. Odom
Attorneys for Defendants
325 Paseo De Peralta
Santa Fe, NM 87501-1860
(505) 982-3873
scodom@spencerfane.com